[No. 9024–8–III.   Division Three.   November 2, 1989.]

*In the Matter of the Marriage of* VIRGINIA KILE, *Respondent, and* LESTER KILE, ET AL, *Appellants.*

LARRY J. KILE, ET AL, *Respondents,* v. KILE FARMS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–3–01618–0, John A. Schultheis, J., entered November 25, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9532–1–III.   Division Three.   November 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE M. ROMERO, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–1–00394–6, Stephen M. Brown, J., entered August 19, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[No. 22774–2–I.   Division One.   November 6, 1989.]

ALLEN GOLDSTEIN, ET AL, *Appellants,* v. UNITED STATES FIDELITY AND GUARANTY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–09940–7, John M. Darrah, J., entered July 21, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Pekelis and Winsor, JJ.